UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN LEONOVICZ,

    Plaintiff,

v.

ALL POTENTIAL CLAIMANTS,

    Defendants.

Case No. 2:22-cv-219-SPC-NPM

IN ADMIRALTY

### ORDER APPROVING PLAINTIFF'S LETTER OF UNDERTAKING AND DIRECTING ISSUANCE OF NOTICE AND INJUNCTION

Plaintiff seeks an order enjoining, outside of this proceeding, any claims against him arising from or related to a collision with his 2018 23' Sea Hunt Ultra 234 Cruiser Vessel, bearing Hull Identification No. SXSY0039I718 2019 (the vessel), on or about December 10, 2021, on the navigable waters of the United States in the intracoastal waterway near Lovers Key in Estero Bay, Fort Myers, Florida, and approving both a notice to claimants and a letter of undertaking.

The complaint states the value of plaintiff's interest in the vessel does not exceed $70,000.00 and there was no pending freight. Plaintiff has deposited with the court a letter of undertaking by GEICO Marine Insurance Company, as surety, as security for the benefit of claimants in the amount of $70,000.00, with interest at six percent per annum from December 10, 2021, and costs, as required by the

rules of this court and by the law.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to enjoin claims and approve letter of undertaking and notice to claimants (Doc. 7) is **GRANTED**.

2. The letter of undertaking deposited by Plaintiff with the court for the benefit of claimants, in the sum of $70,000.00, with interest and costs, as security for the amount or value of Plaintiff's interest in the vessel (Doc. 1-3) is hereby approved.

3. This court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced to carry out the provisions of 46 U.S.C. § 30501 *et seq.* for personal injuries, property damage, or any other claims resulting from the incident that occurred on December 10, 2021.

4. A notice shall be issued by the clerk to all persons asserting claims with respect to which the complaint seeks exoneration or limitation, admonishing them to file their respective claims with the clerk in writing, and to serve on the attorneys for the Plaintiff a copy thereof **on or before July 20, 2022**, or be defaulted, and if any claimant desires to contest either the plaintiff's right to exoneration from or the right to limitation of liability, any such claimant(s) shall file and serve on plaintiff's attorney an answer to the complaint, on or before said date, unless his claim has included an answer to the complaint, so designated,

or be defaulted. (*See* attached).

5. Publication of the aforesaid notice in the form required by Supplemental Rule F(4) be published in a newspaper of general circulation in the Lee County area once a week for four (4) successive weeks prior to the date fixed for the filing of claims, and copies of the notice shall also be mailed in accordance with Supplemental Rule F.

6. The commencement or further prosecution of any and all actions or proceedings against Plaintiff, the vessel, or other property of Plaintiff with respect to any claims for which Plaintiff seeks exoneration from or limitation of liability herein, including any claim arising out of, or incident to, or connected with any loss, damage, injury, death or destruction, more fully described in the motion, be and they are hereby restrained, stayed, and enjoined until the hearing and determination of this action.

7. Service of this order as a restraining order may be made first class mail, e-mail, or hand delivery to the person or persons to be restrained, or to their respective attorneys.

**ORDERED** on May 24, 2022.

_Nicholas P. Mizell_
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN LEONOVICZ,

    Plaintiff,

v.

ALL POTENTIAL CLAIMANTS,

    Defendants.

Case No. 2:22-cv-219-SPC-NPM

IN ADMIRALTY

**NOTICE TO ALL POTENTIAL CLAIMANTS**

    WHEREAS, a complaint for exoneration from or limitation of liability was filed in the United States District Court of the Middle District of Florida on April 5, 2022, by plaintiff BRIAN LEONOVICZ, as owner of a 2018 23' Sea Hunt Ultra 234 Cruiser Vessel, bearing Hull Identification No. SXSY0039I718, claiming the benefit of exoneration from or limitation of liability according to law and as provided in 46 U.S.C. §30501 *et seq*., and Supplemental Rule F, and the statutes supplemental thereto and amendatory thereof, and also contesting liability independently of the limitation of liability claimed in said complaint for any loss, damage, or injury arising out of or occurring on or about December 10, 2021, as described in the complaint for exoneration from or limitation of liability, and said petition also stating the facts and circumstances upon which said exoneration from or limitation or liability is claimed, and letter of undertaking, dated April 5, 2022, executed for no more than the amount of seventy thousand dollars ($70,000.00) with interest thereon at six percent (6%) per annum having been filed herein, and

    WHEREAS, this court has ordered that said letter of undertaking is approved and shall stand as security for all claims against Plaintiff or his 2018 23' Sea Hunt Ultra 234 Cruiser vessel, bearing Hull Identification No. SXSY0039I718 in this proceeding, and

    WHEREAS, this court has enjoined, outside of this proceeding, the commencement or further prosecution of any and all claims for loss, damage, or injury arising out of or related to the collision occurring on or about December 10, 2021, on the navigable waters of the United States in the intracoastal waterway near Lovers Key in Estero Bay, Fort Myers, Florida, as described in the complaint, and

- 5 -

directed any and all claimants to appear before and file their claims with the clerk of this court in writing and under oath, and to serve copies thereof upon attorneys for the plaintiff on or before *July 20, 2022*, and further directed that any such persons, or their representatives, claiming damages as aforesaid who shall desire to contest the claim of plaintiff, shall answer said complaint,

ALL CLAIMANTS ARE, THEREFORE, COMMANDED to appear before this court and to file their claims with the clerk of the court in writing and under oath, and to serve copies thereof upon Richard J. McAlpin of McALPIN CONROY, P.A., attorney for plaintiff, 80 SW 8th Street, Suite 2805, Miami, Florida 33130, on or before *July 20, 2022*, and if any such person(s) or their personal representative(s) shall desire to contest the claims of plaintiff, to file an answer to the complaint on or before the said date, or within such further time as this court may grant.